FILED
2013 Apr-25 AM 10:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN LARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. CV-12-S-3510-NE |
| ) | |
| THE DOCTORS ANSWER, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF DISMISSAL

The plaintiff, John Lary, pursuant to Rule 41(a)(1)(i), hereby voluntarily stipulates to the voluntary DISMISSAL of this action WITH PREJUDICE.

_____
John Lary, Plaintiff pro se
600 St. Clair St. S.W.
Bldg. 5, Suite 12-B
Huntsville, AL  35801
(256) 533-1510
johnlary@yahoo.com