# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN LARY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 12-S-3510-NE |
| THE DOCTORS ANSWER, LLC, AND BEN PURE, | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL

COME NOW, John Lary, Plaintiff, and The Doctors Answer, LLC, et al., Defendants, in the above-styled action by this Joint Stipulation, state that all claims are due to be dismissed against the Defendants. Accordingly, the parties jointly stipulate that this case should be dismissed with prejudice with costs taxed as paid.

Respectfully submitted this the 29th day of April 2013.

_____
D. Anthony Mastando (ASB-0893-X32B)
MASTANDO & ARTRIP, LLC
301 Washington St., Suite 302
Huntsville, Alabama 35801
Phone: (256) 532-2222
Fax:    (256) 513-7489
tony@mastandoartrip.com

_____
John Lary
600 St. Clair Street, SW
Bldg. 5, Suite 12-B
Huntsville, AL 35801