FILED
2013 May-06 AM 08:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN LARY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Civil Action No. CV-12-S-3510-NE ) |
| THE DOCTORS ANSWER, LLC, and BEN PURE, | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the parties' joint stipulation of dismissal,[1] all claims in this action are DISMISSED WITH PREJUDICE. Costs are taxed as paid. The clerk is directed to close this file.

DONE and ORDERED this 6th day of May, 2013.

/s/ Lynwood Smith
United States District Judge

---

[1] *See* doc. no. 21 (Stipulation of Dismissal).